## Supler, Appellant, v. Sonntag.

Argued April 16, 1946. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*George Bloom,* with him *Bloom & Bloom,* for appellant.

*Samuel Goldfarb,* for appellee.

OPINION BY ARNOLD, J., July 19, 1946:

In this case the essential facts are substantially the same as in *Powell v. Sonntag,* 159 Pa. Superior Ct. 354, 48 A. 2d 462. The testimony in each case, before the referee, was also offered in the companion case.

For the reasons given in *Powell v. Sonntag,* supra, the order granting rehearing is reversed.

RHODES, J., dissents.